5   UNITED STATES DISTRICT COURT

6   EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7  DWIGHT LLOYD III, | |
| 8                    Plaintiff, | NO. 1:17-CV-3009-TOR |
| 9  v. | ORDER GRANTING STIPULATED MOTION FOR REMAND |
| 10 COMMISSIONER OF SOCIAL SECURITY, | |
| 11 | |
| 12                   Defendant. | |

13   BEFORE THE COURT is the Parties' Stipulated Motion to Remand (ECF

14 No. 21). The parties stipulate that this case be reversed and remanded pursuant to

15 sentence four of 42 U.S.C. § 405(g). The Court has reviewed the record and files

16 herein, and is fully informed.

17 **ACCORDINGLY, IT IS HEREBY ORDERED:**

18   1. The Parties' Stipulated Motion to Remand (ECF No. 21) is **GRANTED**.

19   2. Based on the stipulation of the parties, it is hereby ORDERED that the

20 above-captioned case be reversed and remanded pursuant to sentence four of 42

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

U.S.C. § 405(g) for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (the ALJ) will further consider Plaintiff's subjective complaints; the ALJ will reevaluate Plaintiff's residual functional capacity and in so doing, the ALJ will evaluate the opinions of Dr. Young (Tr. 231-239), Dr. Billings (Tr. 338-342), Dr. Duris (Tr. 409-414, 415), Dr. Worley (Tr. 445-447), Therapist Schauss (Tr. 448), and Dr. Kraft (Tr. 427-440, 441-443), and the ALJ will explain the weight afforded to this opinion evidence; the ALJ will further evaluate the testimony provided by Ann Wells (Tr. 60-70); if warranted, the ALJ will obtain supplemental vocational expert evidence to determine whether there are a significant number of jobs in the national economy that Plaintiff can perform; the ALJ will give Plaintiff an opportunity for a hearing; and the ALJ will issue a new decision.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel and **CLOSE** the file.

**DATED** September 29, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2